## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**MICHAEL TITUS**                                                                         **PLAINTIFF**
**ADC #168523**

**v.**                                    **Case No. 4:24-cv-235-JM**

**SCARFACE, MOVIE,** *et al.*                                                 **DEFENDANTS**

## <u>JUDGMENT</u>

Consistent with the Order that was entered on this day, it is considered, ordered, and

adjudged that this case is hereby DISMISSED without prejudice.

IT IS SO ADJUDGED this 25th day of March, 2024.

_____
UNITED STATES DISTRICT JUDGE